WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| REYNALDO TORRIENTE, | ) | |
| | ) | No.  CIV 00-2019 PHX RCB |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| TERRY L. STEWART, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

On July 22, 2005, Petitioner Reynaldo Torriente filed a document entitled "Question About a Case That Was Terminate [sic] and Still "Under Advisement." (doc. 82). Thereafter, on August 11, 2005, Petitioner filed a document styled as "Question About the Counsel of Record and the 'FRAP 3' of the Federal Rules of Appellate Procedure For the Ninth Circuit." (doc. 84). The Court construes both of these documents to be motions for clarification, as, in each of his filings, Petitioner expresses confusion about the Court's final ruling in its order issued on February 24, 2004.

On October 17, 2000, Torriente filed for federal habeas relief, Pet. (doc. 1), and amended his petition on January 22,

1  2001, Am. Pet. (doc. 7). On January 7, 2003, the Magistrate Judge

2  issued a Report and Recommendation ("R&R") advising that

3  Torriente's petition be denied (doc. 67).  Torriente filed timely

4  objections to the R&R. Objs. (doc. 69).

5      On February 24, 2004, the Court issued an order denying

6  Petitioner's amended petition for writ of habeas corpus and

7  dismissing the action. Order (doc. 74). In its order, the Court

8  rejected the conclusion of the R&R that Torriente's habeas petition

9  must be denied because it did not comply with the statute of

10 limitations. Id. at 5. However, the Court concluded that

11 Torriente's claims were procedurally defaulted, barring the Court's

12 review of such claims. Id. at 7. Thus, in its Order on February 24,

13 2004, the Court denied Petitioner's Amended Petition for Habeas

14 Corpus and directed the clerk of court to enter judgment in favor

15 of Respondents and to terminate the case. Order (doc. 7).

16 Accordingly, this case was terminated on February 24, 2004.

17     IT IS ORDERED that Petitioner's motions for clarification

18 (docs. 82 & 84) are GRANTED.

19     DATED this 4th day of October, 2005.

                    _____

                    Robert C. Broomfield

                    Senior United States District Judge

Copies to counsel of record